1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
KAREN VALENTE,
10
                                    NO. CIV. S-07-957 LKK/EFB
11          Plaintiff,

12      v.
                                        O R D E R
13  COLONIAL LIFE & ACCIDENT
    INSURANCE, et al,
14

15          Defendants.

16  _____/

17      This case was improperly removed to the Sacramento division

18  of  the  Eastern  District  of  California  from  Calaveras  County

19  Superior Court.  Accordingly, the court hereby orders that this

20  case be TRANSFERRED to the Fresno division.

21      IT IS SO ORDERED.

22      DATED:  May 24, 2007.

23

24

25  LAWRENCE K. KARLTON
    SENIOR JUDGE
26  UNITED STATES DISTRICT COURT

1