UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN VALENTE,

                       NO. CIV. S-07-957 LKK/EFB

     Plaintiff,

  v.

                         O R D E R

COLONIAL LIFE & ACCIDENT
INSURANCE, et al,

     Defendants.

_____/

     This case was improperly removed to the Sacramento division

of the Eastern District of California from Calaveras County

Superior Court.  Accordingly, the court hereby orders that this

case be TRANSFERRED to the Fresno division.

     IT IS SO ORDERED.

     DATED:  May 24, 2007.

                                         _____
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

1